# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Supervised Release) |
| **DONALD EDWARD GRAHAM** | CASE NUMBER: **1:99-00176-002** |
|  | USM NUMBER: **07372-003** |

**THE DEFENDANT:**                              Latisha V. Colvin, Esquire
                                                                **Defendant's Attorney**

☒    admitted guilt to violation of supervision conditions : Statutory conditions (x5), Standard conditions #7, #8, #9, and #11.

☐    was found in violation of supervision condition:

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Statutory condition | Possession of a Loaded Handgun w/five rounds of ammunition |  |
| Statutory condition | Statutory Possession of a Loaded Handgun w/five rounds of ammunition (Federal charges forthcoming) |  |
| Statutory condition | New Offense | 7/29/2014 |
| Statutory condition | New Offense | 5/04/2014 |
| Statutory condition | New Offense | 5/04/2014 |
| Standard condition #7 | Technical |  |
| Standard Condition #8 | Technical |  |
| Standard condition #9 | Technical |  |
| Standard condition #11 | Technical |  |

   **The defendant is sentenced as provided in pages 1 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.
   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

]                                                                    November 3,  2014
                                                                        Date of Imposition of Judgment

                                                                        _s/*Charles R. Butler, Jr.*_____
                                                                        SENIOR UNITED STATES DISTRICT JUDGE


                                                                        Date    November 12, 2014

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **DONALD EDWARD GRAHAM**
Case Number: **1:99-00176-002**

# IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **16 MONTHS. NO SRT TO FOLLOW.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at ___ .m. on ___.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on ____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                     UNITED STATES MARSHAL

                  By _____
                    Deputy U.S. Marshal